JOHN J. TALTON, CHAPTER 13 TRUSTEE   Check #.: **1128532**
Payee: Clerk of the Court 12-10106   Doc 71   Filed 02/07/17   Entered 02/07/17 14:01:32   Desc Main Document   Page 1 of 1
Date: 02/07/2017

Please notify the Court & this office of any changes made after filing fo your claim (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1210106 | 00023 | WILLIAM THOMAS, JR & BRIDGETT THOMAS | 3309 | 0.00 | 1,104.68 | 0.00 | 1,104.68 |
| | | Original Check written to: | | | | | |
| | | FLAGSTAR BANK, F.S.B. | | | | | |
| | | ATTN: PAYMENT PROCESSING - MS S-144-3 | | | | | |
| | | 5151 CORPORATE DRIVE | | | | | |
| | | TROY, MI,   48098 | | | | | |

| | | TOTALS | | 0.00 | 1,104.68 | 0.00 | 1,104.68 |